IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RONALD M. BOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.    03-2456 Ml/An |
| ) | |
| SHELBY COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER SETTING SHOW CAUSE HEARING

Before the Court is the Motion of certain Defendants for Sanctions Against Plaintiff for failing to appear at a notified deposition filed on June 27, 2005. United States District Judge Jon P. McCalla referred this motion to the Magistrate Judge for a report and recommendation. Plaintiff was required to respond to the instant motion no later than July 19, 2005; however, Plaintiff did not respond.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, AUGUST 18, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Plaintiff shall be required to show cause why sanctions, including dismissal of this case, should not be granted.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 03, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 2:03-CV-02456 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Ronald M. Bowman
3375 WINBROOKS
Memphis, TN 38116

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT