IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 10 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| RONALD M. BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   03-2456 MI/An |
| | ) | |
| SHELBY COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER CANCELLING SHOW CAUSE HEARING

---

A Show Cause hearing in this matter was set before the Undersigned on Thursday,

August 18, 2005.  However, because the instant action has been dismissed by United States

District Judge Jon P. McCalla, the hearing is cancelled.

**IT IS SO ORDERED**.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 10, 2005_

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-11-05_

157

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:03-CV-02456 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Ronald M. Bowman
3375 WINBROOKS
Memphis, TN 38116

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT